**HABP014417-002-002-002 HAMKIM INC.msg**

**From:** William Ardoline<>
**Sent:** Tuesday, January 14, 2020 9:09 AM
**To:** <b.watterud@insuranceadjustersgroup.com>
**Cc:** Anthony Bartoli<Anthony.Bartoli@guard.com>, <jeff.taylor@sedgwick.com>
**Subject:** HABP014417-002-002-002 HAMKIM INC

Hello Bill,

Please see the package of information sent yesterday on this claim.

Thank you.

---

**William Ardoline**
P&C CLAIMS ADJUSTER II
Claims3@guard.com
570-825-9900, ext.4655

DEPOSITION
EXHIBIT
**17**
HANSEN & COMPANY
Croiser 6.17.21

AMGUARD_000163



**P & C Claims**
**PO Box 1368**
**44 West Market Street**
**Wilkes-Barre, PA 18703**
**P: 800.673.2465**

<u>**Sent via Regular and Certified Mail**</u>

1/13/20

HAMKIM INC
DBA GREAT STAY INN
4005 N Elizabeth St
Pueblo, CO 81008

| | | |
|---|---|---|
| RE: | Policyholder | : HAMKIM INC |
| | Policy Number | : HABP014417 |
| | Policy Period | : February 23, 2019 to February 23, 2020 |
| | Date of Loss | : 7/20/19 |
| | Claim Number | : HABP014417-002-002-002 |
| | Carrier | : AmGUARD Insurance Company |

Dear Policyholder:

The undersigned represents the interests of AmGUARD Insurance Company ("AmGUARD") relative to the above-referenced claim, receipt of which being hereby acknowledged. AmGUARD received notice of the claim on 7/23/19. You have reported interior water damage due to exterior building damage caused by a recent thunder and rain storm. AmGUARD understands that in reporting this claim, HAMKIM INC provide it with coverage for the action under the AmGUARD policy HABP014417.

This letter is to advise you that based upon careful review of the facts surrounding this loss, and the terms, conditions, limitations, exclusions and/or endorsements of the Policy, we have concluded that there is partially no coverage afforded to HAMKIM INC under the AmGUARD Policy for the damages asserted. Accordingly, for the reasons set forth in greater detail below, AmGUARD Insurance Company respectfully disclaims any duty to indemnify (NAMED INSURED) for claims related to this loss.

<u>**The Claim**</u>

You, your contractor, and your public adjuster have reported that the building roofs and stucco caps on the parapet walls were damaged by wind. The wind created openings on the stucco caps then allowed water to enter the building roof, and the interior below.

<u>**The Policy**</u>

AmGUARD Insurance Company issued Businessowners Policy HABP014417 (the "Policy") to HAMKIM INC. The policy period is from February 23, 2019 to February 23, 2020. The Policy is an "Occurrence" policy which provides Business Property and Business Liability coverage for covered claims occurring during the Policy Period. The policy is subject to all terms, conditions, limitations, and exclusions contained therein. To illustrate the reason for our partial denial of coverage in this matter we direct your attention to pertinent policy provisions. The policy must be read in its entirety, but we provide the following relevant sections in whole or part for convenience.

AMGUARD_000164



**P & C Claims**
**PO Box 1368**
**44 West Market Street**
**Wilkes-Barre, PA 18703**
**P: 800.673.2465**

We first direct your attention to the following policy provisions in the BP 00 03 01 10 Businessowners Coverage Form:

### SECTION I – PROPERTY

**A. Coverage**
*We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.*

**1. Covered Property**
*Covered Property includes Buildings as described under Paragraph a. below, Business Personal Property as described under Paragraph b. below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph 2. Property Not Covered.*

We also refer you to, P. 14-19:

**B. Exclusions**
*2. We will not pay for loss or damage caused by or resulting from any of the following:*
**l. Other Types Of Loss**
**(1)** *Wear and tear;*
**(2)** *Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;*
**(4)** *Settling, cracking, shrinking or expansion;*

**p. Continuous Or Repeated Seepage Or Leakage Of Water**
*Continuous or repeated seepage or leak-age of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.*

*3. We will not pay for loss or damage caused by or resulting from any of the following Paragraphs a. through c. But if an excluded cause of loss that is listed in Paragraphs a. through c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.*

**c. Negligent Work**
*Faulty, inadequate or defective:*

**(2)** *Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;*
**(3)** *Materials used in repair, construction, renovation or remodeling; or*
**(4)** *Maintenance; of part or all of any property on or off the described premises.*

Please refer to your Businessowner's Coverage Form (BP 00 03 01 10), Page 21 - 22 of 48 which states:

AMGUARD_000165



**P & C Claims**
**PO Box 1368**
**44 West Market Street**
**Wilkes-Barre, PA 18703**
**P: 800.673.2465**

**E. Property Loss Conditions**
**3. Duties In The Event Of Loss Or Damage**
***a.*** *You must see that the following are done in the event of loss or damage to Covered Property:*
***(2)*** *Give us prompt notice of the loss or damage. Include a description of the property involved.*
***(3)*** *As soon as possible, give us a description of how, when and where the loss or damage occurred.*
***(4)*** *Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance of Section I - Property. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.*
***b.*** *We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.*

Our joint investigation with Jeff Taylor of Sedgwick and Matt Sitzmann, PE with Haag Engineering has revealed there to be partially no coverage for this loss.

Initially Jeff Taylor's inspection took place on 7/31/2019 and showed signs of normal wear and tear for a surface of this age, and signs of deferred maintenance. Seals and seems where the roof meets a vertical wall, pipe jacks, and other roof openings had not been recently maintained. The stucco coverings on the parapet walls showed signs of severe wear and tear and long-term UV exposure. The openings on the building roof, and the stucco parapet wall coverings had allowed water to enter the roof, and the hotel rooms below.

To further explore these possible coverage issues an engineer was retained. Matt Sitzmann's inspection took place on 9/3/19 and revealed the following:

1) The property was struck by multiple hailstorms over a number of years.
2) The BUR roof systems were not damaged by hail.
3) The mod-bit membrane on the porte cochere was not ruptured by hail on its top side.
4) The roofing systems were not damaged by hail.
5) Hail fractured stucco finish on the tops of parapets. Effects of hail on the stucco can be repaired by refinishing the affected parapets.
6) An EIFS façade was installed in 2007 and 2008 timeframe. The parapets then were finished with stucco that covered the new EIFS façade and steel coping at the roof perimeter. Relative movement likely associated with changes in temperature caused cracks to develop in the stucco finish extending onto the steel coping. The cracks were not due to a storm.
7) Water intrusion was likely associated with leakage past imperfections in the roofing system associated with construction or age.

Per the above an undisputed payment has been made to consider the damage directly related to the reported occurrence. The breakdown is represented below:

AMGUARD_000166



**P & C Claims**
**PO Box 1368**
**44 West Market Street**
**Wilkes-Barre, PA 18703**
**P: 800.673.2465**

$5,914.88: RCV
($5,000.00): deductible
_____
$914.88

Due to, but not necessarily limited to the foregoing policy coverage and/or definitions, we must respectfully conclude that AmGUARD's Businessowner's Coverage Form partially does not provide coverage for the subject claim. This partial denial decision is by way of illustration rather than limitation. The specificity of this partial denial is not to be construed as a waiver or modification of the terms, conditions, exclusions or limitations of the insurance contract upon which a claim has been made or a waiver of any defenses, which may be available to AmGUARD, all of which are specifically reserved.

Please also be referred to **page 22 of 48** of the Policy, which states:

> ### 4. Legal Action Against Us
> *No one may bring a legal action against us under this insurance unless:*
> > *a. There has been full compliance with all of the terms of this insurance; and*
> > *b. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.*

If you believe our determination was based on information or documentation that is in error, please advise us in writing immediately and we will promptly reconsider our determination. You may also take this matter up with the Colorado Department of Regulatory Agencies, Division of Insurance, 1560 Broadway, Ste 850, Denver, CO 80202, or by phone at (303)-894-7499 or on the web at https://www.colorado.gov/.

AmGUARD expressly reserves its right to supplement this letter by raising additional defenses to coverage and asserts all defenses based upon law or policy terms and conditions, exclusions and/or limitations of the Policy either during the course of any inquiry into the facts relating to this claim or in any future litigation or proceeding pertaining to insurance coverage in this matter.  No actions heretofore or hereinafter taken by AmGUARD Insurance Company shall be construed as either a waiver of its policy provision or its rights thereunder all of which are hereby reserved.

Thank you for your cooperation during the course of our investigation.  If you have any questions regarding anything in this letter or additional information that you would like to bring to our attention, please do not hesitate to contact the undersigned.

Waiving none, but in all other respects, reserving the rights and defenses of AmGUARD Insurance Company, I remain.

AMGUARD_000167



**P & C Claims**
**PO Box 1368**
**44 West Market Street**
**Wilkes-Barre, PA 18703**
**P: 800.673.2465**

Respectfully,

Bill Ardoline
P&C Claims Adjuster II
Berkshire Hathaway GUARD Insurance Company


CC:

UNI & GOOD FRIEND INSURANCE SERVICES
3580 Wilshire
Suite 1510
Los Angeles, CA 90010

Insurance Adjusters Group LLC
PO Box 672
Fulton, MO 65251

AMGUARD_000169

 **Sedgwick**

7400 E. Orchard Road, Suite 4015
Greenwood Village, CO 80111
Office: 720-346-7321

| | | | |
|---|---|---|---|
| Insured: | HAMKIM INC | | |
| Property: | 4005 N Elizabeth St | | |
| | Pueblo, CO 81008 | | |
| Home: | 4005 N Elizabeth St | | |
| | Pueblo, CO 81008 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Anthony Bartoli | Home: | (800) 673-2465 |
| Property: | 16 South River Street | E-mail: | Anthony.Bartoli@guard.com |
| | Wilkes-Barre, PA 18702 | | |

| | | | |
|---|---|---|---|
| Estimator: | Jeff Taylor | Business: | (719) 651-2185 |
| Position: | Senior Adjuster | E-mail: | Jeff.Taylor@Sedgwick.com |
| Company: | Sedgwick | | |

| | | |
|---|---|---|
| Reference: | | |
| Company: | Berkshire Hathaway/Guard | |
| Business: | PO Box 1368 | |
| | Wilkes-Barr, PA 18703 | |

**Claim Number:** HABP014417-002-002-002    **Policy Number:** HABP014417    **Type of Loss:** Windstorm and Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 7/25/2019 | | |
| Date of Loss: | 7/20/2019 12:00 AM | Date Received: | 7/23/2019 12:00 AM |
| Date Inspected: | 7/31/2019 | Date Entered: | 7/24/2019 4:19 PM |

| | |
|---|---|
| Price List: | COPU8X_AUG19 |
| | Restoration/Service/Remodel |
| Estimate: | HAMKIM_INC1 |

**NOTICE:** This estimated scope of damages and prices contained in this document are based upon the actual damages viewed by the Sedgwick adjuster at the time of the inspection of this loss. This document does not contain any repair cost for hidden damages that may later be discovered during repairs. This document does not constitute a settlement of any insurance claim and all estimates contained herein are subject to insurance company review and approval. This document is not an authorization to make any repairs to property. Authorization for repairs can only be given by the property owner. Any guarantee of payment must come from the property owner. No insurance adjuster has authority to authorize any work or guarantee any payments for repairs made to an insured risk. Neither Sedgwick nor the insurance company assumes responsibility for the sufficiency or quality of repairs made.

AMGUARD_000170

 **Sedgwick**

7400 E. Orchard Road, Suite 4015
Greenwood Village, CO 80111
Office: 720-346-7321

**HAMKIM_INC1**

**Source - Geomni Roof**

**Exterior**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 1. Synthetic stucco crack repair | | | | | | | | | |
| | 728.00 LF | 8.08 | 32.64 | 5,914.88 | 5/100 yrs | Avg. | 5% | (248.06) | 5,666.82 |
| **Totals:  Roof1** | | | **32.64** | **5,914.88** | | | | **248.06** | **5,666.82** |
| **Total:  Exterior** | | | **32.64** | **5,914.88** | | | | **248.06** | **5,666.82** |
| **Total:  Source - Geomni Roof** | | | **32.64** | **5,914.88** | | | | **248.06** | **5,666.82** |
| **Line Item Totals:  HAMKIM_INC1** | | | **32.64** | **5,914.88** | | | | **248.06** | **5,666.82** |

[%] - Indicates that depreciate by percent was used for this item

[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 2,368.00 | SF Walls | 913.65 | SF Ceiling | 3,281.65 | SF Walls and Ceiling |
| 913.65 | SF Floor | 101.52 | SY Flooring | 296.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 296.00 | LF Ceil. Perimeter |
| | | | | | |
| 913.65 | Floor Area | 1,002.65 | Total Area | 2,368.00 | Interior Wall Area |
| 35,285.17 | Exterior Wall Area | 2,578.60 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

HAMKIM_INC1                                                    10/2/2019            Page: 2

AMGUARD_000171

 **Sedgwick**

7400 E. Orchard Road, Suite 4015
Greenwood Village, CO 80111
Office: 720-346-7321

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 5,882.24 |
| Material Sales Tax | 32.64 |
| **Replacement Cost Value** | **$5,914.88** |
| Less Depreciation | (248.06) |
| **Actual Cash Value** | **$5,666.82** |
| Less Deductible | (500.00) |
| **Net Claim** | **$5,166.82** |
| Total Recoverable Depreciation | 248.06 |
| **Net Claim if Depreciation is Recovered** | **$5,414.88** |

_____
Jeff Taylor
Senior Adjuster

AMGUARD_000172

 **Sedgwick**

7400 E. Orchard Road, Suite 4015
Greenwood Village, CO 80111
Office: 720-346-7321

## Recap of Taxes

|  | Material Sales Tax (7.6%) | Manuf. Home Tax (7.6%) | Storage Rental Tax (7.6%) | Local Food Tax (4.7%) |
|---|---|---|---|---|
| **Line Items** | 32.64 | 0.00 | 0.00 | 0.00 |
| **Total** | **32.64** | **0.00** | **0.00** | **0.00** |

AMGUARD_000173

 **Sedgwick**

7400 E. Orchard Road, Suite 4015
Greenwood Village, CO 80111
Office: 720-346-7321

## Recap by Room

**Estimate: HAMKIM_INC1**

**Area: Source - Geomni Roof**

**Area: Exterior**

| | | |
|---|---|---|
| Roof1 | 5,882.24 | 100.00% |
| Area Subtotal:  Exterior | 5,882.24 | 100.00% |
| Area Subtotal:  Source - Geomni Roof | 5,882.24 | 100.00% |
| **Subtotal of Areas** | 5,882.24 | 100.00% |
| **Total** | 5,882.24 | 100.00% |

AMGUARD_000174

 **Sedgwick**

7400 E. Orchard Road, Suite 4015
Greenwood Village, CO 80111
Office: 720-346-7321

### Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---|---|---|
| **GENERAL DEMOLITION** | 953.68 | | 953.68 |
| **STUCCO & EXTERIOR PLASTER** | 4,928.56 | 246.43 | 4,682.13 |
| **Subtotal** | 5,882.24 | 246.43 | 5,635.81 |
| **Material Sales Tax** | 32.64 | 1.63 | 31.01 |
| **Total** | 5,914.88 | 248.06 | 5,666.82 |

It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company.  Penalties may include imprisonment, fines, denial of insurance, and civil damages.  Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

AMGUARD_000175

HAMKIM INC
DBA/TA GREAT STAY INN
4001 N Elizabeth St
Pueblo, CO 81008-2011

AMGUARD_000176

POLICY NUMBER:HABP014417                                    **BUSINESSOWNERS**
**Date Processed**: 09/20/2019                               **BP 12 01 07 02**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# BUSINESSOWNERS POLICY CHANGES

HAMKIM INC

4001 N Elizabeth St
Pueblo, CO 81008-2011

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW.

| POLICY NUMBER<br>HABP014417 | POLICY CHANGES EFFECTIVE<br>09/18/2019 | COMPANY<br>AmGUARD Insurance Company |
|---|---|---|
| NAMED INSURED<br>HAMKIM INC | | AUTHORIZED REPRESENTATIVE |
| **CHANGES** | | |
| Changed | From: 4005 N Elizabeth St, Pueblo, CO 81008-2011<br>To: 4001 N Elizabeth St, Pueblo, CO 81008-2011 | |

AMGUARD_000197

| POLICY AMOUNT AND PREMIUM ADJUSTMENT | | | | | | |
|---|---|---|---|---|---|---|
| | Limits Of Insurance | | Premiums | | | |
| Coverage Description | Previous Limit Of Insurance | New Limit Of Insurance | Previous Premium | New Premium | ☐ | Add'l Premium |
| | | | | | ☐ | Return Premium |
| | | | $ | $ | | $ |

| TOTAL PREMIUM ADJUSTMENTS |
|---|
| PREMIUM DUE AT POLICY CHANGE EFFECTIVE DATE |

| ADDITIONAL | RETURN |
|---|---|
| $ 0.00 | $ 0.00 |

| | |
|---|---|
| **REMOVAL PERMIT** | If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change: after that, this insurance does not apply at the previous location. |

  © ISO Properties, Inc.,  2001   AMGUARD_ 00 01 87 02

AMGUARD_000179

HAMKIM INC
4005 N Elizabeth St
Pueblo, CO 81008-2011

AMGUARD_000180

AMGUARD_000181



**BUSINESSOWNER'S POLICY DECLARATIONS**

**AmGUARD Insurance Company**
**A Stock Company**

**Issued:** 01/19/2019

**Policy No.:** HABP014417

**Renewal of:** HABP969830

## POLICY INFORMATION PAGE

**[1]**  **Named Insured and Mailing Address**
HAMKIM INC
4005 N Elizabeth St
Pueblo, CO 81008

**Additional Names of Insured**
DBA GREAT STAY INN

**[2]**  **Agency**
UNI & GOOD FRIEND INSURANCE SERVICES
3580 Wilshire
Suite 1510
Los Angeles, CA 90010

**[3]**  **Policy Period**
From February 23, 2019 to February 23, 2020, 12:01 AM, standard time at the insured's mailing address.

**[4]**  **Description of Business**
Hotels (except Casino Hotels) and Motels

**[5]**  **Coverage**
This policy consists of the Coverage Forms listed on the **Schedule of Forms and Endorsements (IIT SF 01 05)**.

**[6]**  **Premium**
The premium shown below may be subject to adjustment.
Terrorism - Certified Acts
TOTAL POLICY PREMIUM
TOTAL PAYABLE



**[7]**  **Payment of Premium**
In return for your payment of premium, and subject to all terms of this policy, we agree with you to provide insurance as stated in this policy.



**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 01/19/2019

**Policy No.:** HABP014417        **Effective Date:** 02/23/2019

## SECTION I – PROPERTY COVERAGES AND LIMITS OF INSURANCE

**LOCATION: 001   BUILDING: 001**
**4005 N Elizabeth St**
**Pueblo, CO 81008-2011**
**Pueblo County**

**Property Deductible: $5,000**
**Wind/Hail Deductible: N/A**
**Optional Coverages/Glass Deductible: $500**
**Classification: 69151 - Hotels - Standard - No Restaurant**

**COVERAGES:**

**Awnings Coverage**

| | |
|---|---|
| Limit | $2,500 |

**Building Coverage**

| | |
|---|---|
| Limit | $2,550,000 |
| Valuation | Replacement Cost |
| Inflation Guard % | 2 |
| Exclude From Blanket? | No |

**Business Personal Property Coverage**

| | |
|---|---|
| Limit | $200,000 |
| Seasonal Increase Percent | 25 |
| Valuation | Replacement Cost |

**Liability**

| | |
|---|---|
| IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| Gross Sales at this Location | $202,160 |
| Limit | Included |

**Accounts Receivable**

| | |
|---|---|
| On-Premises Limit | $25,000 |
| Off-Premises Limit | 25,000 |

**Debris Removal**

| | |
|---|---|
| Limit | 25%/$10,000 |

**Equipment Breakdown Coverage (HSB)**

| | |
|---|---|
| Inspection Contact Name | Kevin Kim |
| Phone Number | 303-885-0724 |

**Hotels/Motels Coverage**

| | |
|---|---|
| Lock Replacement | 2,500 |
| Web Sites (Business Income) | 7 day period or $50,000/$100,000 |
| Reward Payment | 5,000 |
| Credit Card Slips | 10,000 |
| Liability for Guests' Property | $1,000/$25,000 |
| Liability for Guests' Property in Safe Deposit Boxes | $25,000 |

IIT DS 01 05        AMGUARD_000183

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued:  01/19/2019

**Policy No.:**  HABP014417                                   **Effective Date:**  02/23/2019

**Money and Securities**

| | |
|---|---|
| On Premises Limit | $5,000 |
| Off Premises Limit | $5,000 |

**Ordinance or Law - Increased Cost Of Construction**

| | |
|---|---|
| Limit | $10,000 |

**Outdoor Property**

| | |
|---|---|
| Limit | $10,000 |

**Outdoor Signs - Optional Coverage**

| | |
|---|---|
| Limit | $5,000 |

**Valuable Papers and Records**

| | |
|---|---|
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |

**Water Back-up and Sump Overflow**

| | |
|---|---|
| Covered Property Limit | $5,000 |
| Business Income and Extra Expense Limit | $5,000 |

IIT DS 01 05                                                   Page 3 of 6

AMGUARD_000184

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued:  01/19/2019

**Policy No.:**  HABP014417                          **Effective Date:**  02/23/2019

## SECTION II – LIABILITY COVERAGES AND LIMITS OF INSURANCE

**Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period.  Please refer to Section II – Liability in the Businessowners Coverage form and any attached endorsements.**

| Coverage | Limits of Insurance |
|---|---|
| Liability and Medical Expenses - Each Occurrence | $1,000,000 |
| General Aggregate (Other than Products and Completed Operations) | $2,000,000 |
| Personal & Advertising Injury | Included |
| Products & Completed Operations Aggregate | $2,000,000 |
| Medical Expenses (Each Person) | $5,000 |
| Liability Property Damage Deductible | None |
| Liability Deductible - Bodily Injury | None |

**IIT DS 01 05**                          **Page 4 of 6**

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 01/19/2019

**Policy No.:** HABP014417                              **Effective Date:** 02/23/2019

### POLICY WIDE COVERAGES AND LIMITS OF INSURANCE

**Appurtenant Structures**

| | |
|---|---|
| Limit | $50,000 combined Building/BPP |

**Bed Bug-Kissing Bug Liability Coverage**

| | |
|---|---|
| Limit | Excluded |

**Business Income & Extra Expense**

| | |
|---|---|
| Limit | Actual Loss Sustained up to 12 Months |

**Damage To Premises Rented To You**

| | |
|---|---|
| Limit | $300,000 |

**Data Compromise**

| | |
|---|---|
| Section 1 - Response Expenses | - |
| Annual Aggregate Limit | $50,000 |
| Named Malware (Sec. 1) Sublimit | $50,000 |
| Forensic IT Review Sublimit | 5000 |
| Legal Review Sublimit | 5000 |
| PR Services Sublimit | $5,000 |
| Response Expenses Deductible | 1000 |
| Section 2 - Defense & Liability | - |
| Annual Aggregate Limit | 50000 |
| Named Malware (Sec. 2) Sublimit | $50,000 |
| Defense & Liability Deductible | 1000 |

**Electronic Data**

| | |
|---|---|
| Limit | $10,000 |

**Employee Dishonesty**

| | |
|---|---|
| Limit | $10,000 |

**Fire Department Service Charge**

| | |
|---|---|
| Limit | $25,000 |

**Fire Extinguisher Systems Recharge Expense**

| | |
|---|---|
| Limit | $5,000 |

**Forgery or Alteration**

| | |
|---|---|
| Limit | $10,000 |

**Fungi, Wet Rot, Dry Rot & Bacteria (Mold)**

| | |
|---|---|
| Property Limit | $15,000 |
| Business Income/EE Number of Days | 30 |
| Liability Coverage Option | Exclude Coverage |

**Glass Expense**

| | |
|---|---|
| Limit | Actual Loss Sustained |

**Hired Automobile**

| | |
|---|---|
| Limit | Included in Liability Limit |

**Interruption of Computer Operations**

| | |
|---|---|
| Limit | $10,000 |

**Loss by Theft of furs, fur garments, garments trimmed with fur**

| | |
|---|---|
| Limit | $2,500 |

**Loss by Theft of jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals**

| | |
|---|---|
| Limit | $5,000 |

**Loss by Theft of patterns, dies, molds and forms**

| | |
|---|---|
| Limit | $2,500 |

**Money Orders and "Counterfeit Money"**

| | |
|---|---|
| Limit | $1,000 |

**Newly Acquired Or Constructed Property - Buildings**

| | |
|---|---|
| Limit | 25% of Building Limit/Not more than $500,000/Bldg |

IIT DS 01 05                                                                    Page 5 of 6

**BUSINESSOWNER'S POLICY
DECLARATIONS**

Issued:  01/19/2019

**Policy No.:**  HABP014417                                       **Effective Date:**  02/23/2019

**Newly Acquired Or Constructed Property - Business Personal Property**

| | |
|---|---|
| Limit | $250,000 |

**Non-owned Automobile**

| | |
|---|---|
| Exposure | Without Delivery Service |

**Personal Effects**

| | |
|---|---|
| Limit | $5,000 |

**Personal Property Off Premises**

| | |
|---|---|
| Limit | $10,000 |

**Pollutant Clean Up and Removal**

| | |
|---|---|
| Limit | $10,000 |

**Preservation of Property**

| | |
|---|---|
| Limit | Within 30 Days |

**Terrorism**

| | |
|---|---|
| Certified Acts | Exclude Coverage |

**BUSINESSOWNERS POLICY DECLARATIONS**

Issued:  01/19/2019

**Policy No.:**  HABP014417                    **Effective Date:**   02/23/2019

### SCHEDULE OF FORMS AND ENDORSEMENTS

| Form Number | Title |
|---|---|
| IIT DS 01 05 | Businessowners Policy Declarations |
| BP 00 03 01 10 | Businessowners Coverage Form |
| BP IN 01 01 10 | Businessowners Coverage Form Index |
| END SCHD | Schedule Of Forms And Endorsements |
| IL 99 00 08 13 | Authorization and Attestation |
| IL P 001 01 04 | U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice To Policyholder |
| PRIV POL | Privacy Policy |
| BP 99 CO 09 16 | CO Policy Customizations |
| BP 01 81 03 15 | Colorado Changes |
| BP 04 04 01 10 | Hired Auto And Non-owned Auto Liability |
| BP 04 09 01 06 | Additional Insured - Mortgagee, Assignee, or Receiver |
| BP 04 17 01 10 | Employment - Related Practices Exclusion |
| BP 05 01 07 02 | Calculation Of Premium |
| BP 05 24 01 15 | Exclusion Of Certified Acts Of Terrorism |
| BP 05 41 01 15 | Exclusion of Certified Acts of Terrorism and Exclusion of Other Acts of Terrorism Committed Outside the United States |
| BP 05 42 01 15 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |
| BP 12 03 01 10 | Loss Payable Clauses |
| BP 15 04 05 14 | Exclusion – Access or Disclosure of Confidential or Personal Information and Data-related Liability - With Limited Bodily Injury Exception |
| BP 99 04 01 10 | Equipment Breakdown Coverage |
| BP 99 11 09 08 | Exclusion – Bed Bug - Kissing Bug |
| BP 99 188 06 16 | Deductible Endorsement - Property |
| BP 99 20 01 10 | Hotels/Motels Coverage |
| BP 99 22 01 10 | Hotels/Motels - Liability for Guests Property in Safe Deposit Boxes |
| BP 99 60 03 12 | Water Back-up and Sump Overflow |
| BP 99 91 11 14 | Data Compromise Coverage |

**AUTHORIZATION
AND ATTESTATION
IL 99 00 08 13**

**THIS ENDORSEMENT AUTHORIZES THE POLICY.**

# AUTHORIZATION AND ATTESTATION

This endorsement authorizes the insurance contract between you and the insurance company subsidiary listed on the DECLARATIONS PAGE of your insurance policy.

In Witness Whereof, this page executes and fully attests to this policy.  If required by state law, the policy shall not be valid unless countersigned by our authorized representatives.

Authorizing signatures

Michael J. Dulin
General Counsel and Secretary

Sy Foguel, ACAS, FILAA
Chief Executive Officer and President

AMGUARD_000189

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

# Privacy Policy

We are committed to treating and using personal financial information about you and your employees responsibly. We will not disclose nonpublic, personal information about you and your employees to anyone except as permitted or required by law.

This disclosure is made on behalf of the following and applicable affiliates:

Berkshire Hathaway GUARD Insurance Companies

AmGUARD Insurance Company

We collect nonpublic, personal information from you about you and your employees to properly maintain and service your policy. This nonpublic, personal information may come from the following sources:

- Application Information and Other Forms. On the application for insurance or other forms completed by you, you provide us with most of the information we need to process policies and claims.

- Transaction Information. We may develop information about you and your employees based on transactions and experiences you have with us, our affiliates, or others.

- Third-Party Information. This is information that we receive to verify or supplement your application or claims.

**Disclosing Information**
In the course of conducting business and as permitted or required by law, we may share nonpublic personal information about you and your employees with our affiliated companies. We do not disclose any nonpublic, personal information about you and your employees to any nonaffiliated third parties, except for the conduct of our business or as permitted or required by law. Information may be supplied to others providing business services for us. Additionally, we may provide information for audit or research purposes or to law enforcement agencies to help us prevent fraud.

**Securing Information**
We restrict access to nonpublic personal information about you and your employees to our employees who need to know the information necessary to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with applicable regulations to guard the nonpublic, personal information of you and your employees.

A Current Copy of Our Privacy Policy is Always Available at our web site.

**BUSINESSOWNER'S**
**BP 99 CO 09 16**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CO POLICY CUSTOMIZATIONS

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

The following is a summary of the coverages and limits provided by this endorsement.  For complete details on specific coverages, see the applicable coverage wording.  The limits of insurance stated in this endorsement apply unless higher limits are shown in the Declarations.

**SCHEDULE OF LIMIT CHANGES**

**Section I – Property**

| Coverage | BP 00 03 Limit | Revised Limit |
|---|---|---|
| Accounts Receivable | $10,000 at premises<br>$5,000 not at premises | $25,000 at premises<br>$25,000 not at premises |
| Appurtenant Structures | n/a | $50,000 |
| Awnings | Included in Building Limit | $2,500 |
| Employee Dishonesty | Optional | $10,000 |
| Fire Department Service Charge | $2,500 | $25,000 |
| Forgery Or Alteration | $2,500 | $10,000 |
| Loss or Damage by Theft | | |
|     Jewelry, Watches, etc. | $2,500 | $5,000 |
| Newly Acquired Or Constructed Property | | |
|     Buildings | $250,000 | 25% Buildings Limit/<br>$500,000 each Building |
|     Business Personal Property | $100,000 | $250,000 |
| Outdoor Property / any one tree, shrub or plant | $2,500 / $500 | $10,000 / $1,000 |
| Outdoor Signs attached to buildings | $1,000 | $5,000 |
| Personal Effects | $2,500 | $5,000 |
| Premises Boundary Increased | 100 feet | 1,000 feet |
| Valuable Papers And Records | $10,000 at premises<br>$5,000 not at premises | $25,000 at premises<br>$25,000 not at premises |

**Section II – Liability**

| Coverage | BP 00 03 Limit | Revised Limit |
|---|---|---|
| Supplementary Payments - Cost Of Bail Bonds | $250 | $1,000 |
| Supplementary Payments - Loss Of Earnings | $250 | $500/day |

---

AMGUARD_000192

**CO POLICY CUSTOMIZATIONS**

Any reference in **Section I — Property** of the Businessowner's Coverage Form to within 100 feet of the described premises is amended to read within 1,000 feet of the described premises.

**Section I – Property, A.1., Covered Property** is amended as follows:

1. The following is added to Paragraph **a.**

    **(7)** Building Glass, meaning glass that is part of a building or structure.

**Section I – Property, A.4., Limitations** is amended as follows:

1. Paragraph **b.(2)** is deleted.

2. Paragraph **c.** is deleted and replaced with the following:

    **c.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

    **(1)** $2,500 for furs, fur garments and garments trimmed with fur.

    **(2)** $5,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $500 or less per item.

    **(3)** $2,500 for patterns, dies, molds and forms.

3. Paragraph **d.** is added:

    **d.** For loss or damage by any covered cause of loss, we will only pay up to $2,500 per occurrence for awnings.

**Section I – Property, A.5., Additional Coverages** is amended as follows:

1. Paragraph **c. Fire Department Service Charge** is replaced with the following:

    When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000, unless a different limit is shown in the Declarations, for your liability for fire department service charges:

    **(1)** Assumed by contract or agreement prior to loss; or

    **(2)** Required by local ordinance.

2. Paragraph **k. - Forgery Or Alteration -** Paragraph **(4)** is replaced with the following:

    **(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $10,000, unless a higher Limit of Insurance is shown in the Declarations.

**Section I – Property, A.6., Coverage Extensions** is amended as follows:

1. The last paragraph in Paragraph **a. – Newly Acquired Or Constructed Property** under **(1) Buildings** is replaced with the following:

    The most we will pay in any one occurrence for loss or damage under this Extension is 25% of the Limit of Insurance for Buildings shown in the Declarations, but not more than $500,000 at each building.

2. The last paragraph in Paragraph **a. – Newly Acquired Or Constructed Property** under **(2) Business Personal Property** is replaced with the following:

    The most we will pay for loss or damage under this Extension is $250,000 at each building.

3. The last sentence in Paragraph **b. – Personal Property Off-premises** is amended as follows:

    The most we will pay for loss or damage under this Extension is $10,000, unless a higher Limit of Insurance for Personal Property Off-premises is shown in the Declarations.

4. Paragraph **c. - Outdoor Property** is replaced with the following:

    **c.** **Outdoor Property**
    You may extend the insurance provided by this policy to apply to your outdoor:
    **(1)** Fences, signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:
    **(a)** Fire;
    **(b)** Lightning;
    **(c)** Explosion;
    **(d)** Riot or Civil Commotion; or
    **(e)** Aircraft.

    **(2)** Radio and television antennas (including satellite dishes), including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:
    **(a)** Fire;
    **(b)** Lightning;
    **(c)** Windstorm;
    **(d)** Ice, Snow, Sleet or Hail;
    **(e)** Explosion;
    **(f)** Riot or Civil Commotion; and
    **(g)** Aircraft.
    The most we will pay for loss or damage under this Extension is $10,000, unless a higher Limit of Insurance for Outdoor Prop-

AMGUARD_000193

**CO POLICY CUSTOMIZATIONS**

erty is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

5. Paragraph **d. – Personal Effects** is replaced with the following:

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees. This extension does not apply to:
**(1)** Tools or equipment; or
**(2)** Loss or damage by theft.
The most we will pay for loss or damage under this Extension is $5,000 at each described premises.

6. Paragraph **e. – Valuable Papers And Records** Paragraph **(3)** is replaced with the following:

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $25,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $25,000.

7. Paragraph **f. – Accounts Receivable** Paragraph **(2)** is replaced with the following:

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $25,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $25,000.

8. Paragraph **f. – Accounts Receivable** Paragraph **(3)** is replaced with the following**:**

**(3)** Paragraph **B. Exclusions** in **SECTION I – PROPERTY** does not apply to this Coverage Extension except for:
**(a)** Paragraph **B.1.c. Governmental Action**;
**(b)** Paragraph **B.1.d. Nuclear Hazard**;
**(c)** Paragraph **B.1.f. War And Military Action**;
**(d)** Paragraph **B.2.f. Dishonesty**;
**(e)** Paragraph **B.2.g. False Pretense**;
**(f)** Paragraph **B.2.o. Electrical Disturbance**

**(g)** Paragraph **B.3.**; and
**(h)** Paragraph **B.6. Accounts Receivable Exclusion.**

9. Paragraph **g. – Appurtenant Structures** is added:

**g. Appurtenant Structures**

**(1)** When there is a Building Limit of Insurance shown in the Declarations at the described premises, you may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage caused by or resulting from a Covered Cause of Loss to incidental appurtenant structures within 1,000 feet of the described premises.

**(2)** When there is a Business Personal Property Limit of Insurance shown in the Declarations at the described premises, you may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage caused by or resulting from a Covered Cause of Loss to Business Personal Property within incidental appurtenant structures within 1,000 feet of the described premises.

**(3)** Incidental appurtenant structures include storage buildings, carports, garages and similar structures which have not been specifically described in the Declarations.

The most we will pay for loss or damage under this Coverage Extension in any one occurrence for any combination of loss or damage to Building and Business Personal Property is $50,000.

**Section I – Property, B. Exclusions 2.** is amended as follows:

1. Paragraph **q. Asbestos** is added:

**q. Asbestos**
Any loss, damage or expense which would not have occurred in whole or in part but for the presence of asbestos.

**Section I – Property, C. Limits Of Insurance** is amended as follows:

1. Paragraph **2.** is replaced with the following:

**2.** The most we will pay for loss of or damage to outdoor signs attached to buildings is $5,000 per sign in any one occurrence.

**Section I – Property, G. Optional Coverages** is amended as follows:

AMGUARD_000194

**CO POLICY CUSTOMIZATIONS**

1. Paragraph **3. – Employee Dishonesty** Paragraph **c.** is replaced with the following:

    The most we will pay for loss or damage in any one occurrence is $10,000, unless a higher Limit of Insurance for Employee Dishonesty is shown in the Declarations.

**Section II – Liability, A. Coverages** is amended as follows:

1. Under **Business Liability** Paragraph **f., Coverage Extension – Supplementary Payments,** Paragraph **(1),** sections **(b), (c)** and **(d)** are replaced with the following:

    **(b)** Up to $1,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

    **(c)** The cost of appeal bonds or bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

    **(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**Section II – Liability, B. Exclusions** is amended as follows:

1. Under **1., Applicable To Business Liability Coverage,** Paragraph **a., Expected Or Intended Injury** is deleted and replaced with the following:

    **a.   Expected Or Intended Injury**
    "Bodily injury" or "property damage" (including any unexpected or unintended portion thereof) if any "bodily injury" or "property damage" was expected or intended from the standpoint of any insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

2. Under **1., Applicable To Business Liability Coverage,** Paragraph **j., Professional Services (8)** and **(9)** are amended and **(10)** is added as follows:

    **(8)** Any body piercing services (not including ear lobe piercing), tattooing and similar services;

    **(9)** Services in the practice of pharmacy; and

    **(10)** Computer or software design, advice or consultation, programming services including virus protection, firewall or web site design.

3. Under **1., Applicable To Business Liability Coverage,** Paragraph **k., Damage To Property,** the following is added to the last paragraph:

    Paragraphs **(3)** and **(4)** of this exclusion do not apply to "property damage" to borrowed equipment while not being used to perform operations at a job site.

4. Under **1., Applicable To Business Liability Coverage,** Paragraph **m., Damage To Your Work**, the following is deleted:

    This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

5. Under **1., Applicable To Business Liability Coverage,** Paragraph **p. Personal And Advertising Injury,** Paragraph **(1)** is deleted and replaced with the following:

    **(1)** Caused by or at the direction of or with the consent or acquiescence of any insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

6. Under **1., Applicable To Business Liability Coverage,** Paragraph **p., Personal and Advertising Injury**, the following is added:

    **(14)** Arising out of:
    **(a)** Your placement of advertising for others on your web site or a link to or a reference to a web site or web address of others on your web site.
    **(b)** Your placement of content or company brand or product information from others on your web site or on any frame or border within your web site.
    **(c)** Software or programming related to your web site's design, appearance or functions.

    **(15)** Arising out of discrimination, harassment or humiliation by an officer, director, member or partner of the insured.

    **(16)** Arising out of representations made by you or your agents regarding the value or suitability of any securities, or the fluctuation in value or price of any stocks, bonds or other securities.

    **(17)** Violation of antitrust laws, state and federal laws governing restrictions on trade, unfair competition or deceptive advertising.

AMGUARD_000195

**CO POLICY CUSTOMIZATIONS**

7. Under **1., Applicable To Business Liability Coverage,** Paragraph **r. Criminal Acts** is deleted and replaced with the following:

   **r.   Criminal Acts**
   "Bodily injury", "property damage", or "personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

8. Under **1., Applicable To Business Liability Coverage,** Paragraphs **t., u. and v.** are added as follows:

   **t.   Asbestos**
   (1) "Bodily injury", "property damage" or "personal and advertising injury" arising out of an exposure or threat of exposure to the actual or alleged properties of asbestos and includes the mere presence of asbestos in any form.
   (2) Any damages, judgments, settlements, loss, costs or expenses that:
      (a) May be awarded or incurred by reason of any claim or "suit" alleging actual or threatened injury or damage of any nature or kind to persons or property which would not have occurred in whole or in part but for the presence of asbestos;
      (b) Arise out of any request, demand, order to statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, encapsulate, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of an asbestos presence; or
      (c) Arise out of any claim or suit for damages because of testing for, monitoring, cleaning up, removing, encapsulating, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effect of an asbestos presence.

   **u.   Nuclear Hazard**
   Nuclear reaction or radiation, or radioactive contamination, however caused. But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

   **v.   Fungi Or Bacteria**
   (1) "Bodily Injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.
   (2) Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

   This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**Section II – Liability, D, Liability And Medical Expenses Limits Of Insurance** is amended as follows:

1. Paragraph **2.** is replaced with the following:

   2. The most we will pay for the sum of all damages because of all:
      a. "Bodily injury", "property damage" and medical expenses, arising out of any one "occurrence" including "Bodily injury" and "property damage" under the "products-completed operations hazard"; and
      b. "Personal and advertising injury" sustained by any one person or organization;

   is the Liability and Medical Expenses – Each Occurrence limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

2. Paragraph **4.** is replaced with the following:

   **4.   Aggregate Limits**
   Regardless of the number of occurrences and subject to the Liability and Medical Expenses-Each Occurrence limit, the most we will pay for:
      a. All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice

AMGUARD_000196

**CO POLICY CUSTOMIZATIONS**

the Liability and Medical Expenses-Each Occurrence limit. This limit is shown in the declarations as "Products and Completed Operations Aggregate".

**b.** All:

**(1)** "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

**(2)** Plus medical expenses;

**(3)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses-Each Occurrence limit shown in the Declarations. This limit is shown in the declarations as "General Aggregate (other than Products and Completed Operations Aggregate)".

Subject to Paragraph a. or b. above, whichever applies, the Damage To Premises Rented To You Limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner.

The Limits of Insurance of Section II – Liability apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**Section II – Liability, E. Liability And Medical Expense General Conditions** is amended as follows:

**1.** Under **2., Duties In The Event Of Occurrence, Offense, Claim Or Suit,** Paragraphs **e.** and **f.** are added as follows:

**e.** If we cover a claim or "suit" under this coverage that may also be covered by other insurance available to an additional insured, such insurance if any, shall be primary, and such additional insured must submit such claim or suit to the other insurer for defense and indemnity.

**f.** Paragraphs **a.** and **b.** apply to you or to any additional insured only when such "occur-

rence," offense, claim or suit is known to you or any additional insured or your or any additional insured's partner, limited liability company manager, executive officer, trustee or political official if you or any additional insured is a political subdivision or agency. This Paragraph **f.** applies separately to you and any additional insured.

**2.** Paragraph **5. Representations** is added as follows:

**5.** **Representations**
When You Accept This Policy
By accepting this policy, you agree:

**a.** The statements in the Declaration are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**Section II – Liability, F. Liability And Medical Expense Definitions** is amended as below:

**1.** Paragraph **23.** is added as below:

**23.** "Fungi" means any type or form of fungus including mold or mildew and any mycotoxins, spores, scents, or by-products produced or released by fungi.

AMGUARD_000197

BUSINESSOWNERS
BP 01 81 03 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
INFORMATION SECURITY PROTECTION ENDORSEMENT

**A.** **Section II – Liability** is amended as follows:

The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Colorado law.

**B.** **Section III – Common Policy Conditions** is amended as follows:

1. Paragraph **A.2. Cancellation** is replaced by the following:

   **2.** If this Policy has been in effect for less than 60 days, we may cancel this Policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

      **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

2. The following is added to Paragraph **A. Cancellation:**

   **7. Cancellation Of Policies In Effect For 60 Days Or More**

      **a.** If this Policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this Policy by mailing through first-class mail to the first Named Insured written notice of cancellation:

         **(1)** Including the actual reason, at least 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

         **(2)** At least 45 days before the effective date of cancellation if we cancel for any other reason.

      We may only cancel this Policy based on one or more of the following reasons:

         **(1)** Nonpayment of premium;

         **(2)** A false statement knowingly made by the insured on the application for insurance; or

         **(3)** A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the Policy unless the first Named Insured has notified us of the change and we accept such change.

3. Paragraph **C. Concealment, Misrepresentation Or Fraud** is replaced by the following:

   **C. Concealment, Misrepresentation Or Fraud**

      We will not pay for any loss or damage in any case of:

         **1.** Concealment or misrepresentation of a material fact; or

         **2.** Fraud;

      committed by you or any other insured at any time and relating to coverage under this Policy.

4. The following paragraph is added and supersedes any other provision to the contrary:

   **Nonrenewal**

   If we decide not to renew this Policy, we will mail through first-class mail to the first Named Insured shown in the Declarations written notice of the nonrenewal at least 45 days before the expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

   If notice is mailed, proof of mailing will be sufficient proof of notice.

   © Insurance Services Office, Inc., 2014   AMGUARD_006998

5. The following paragraph is added:

**Increase In Premium Or Decrease In Coverage**

We will not increase the premium unilaterally or decrease the coverage benefits on renewal of this Policy unless we mail through first-class mail written notice of our intention, including the actual reason, to the first Named Insured's last mailing address known to us, at least 45 days before the effective date.

Any decrease in coverage during the policy term must be based on one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** A false statement knowingly made by the insured on the application for insurance; or

**c.** A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the Policy unless the first Named Insured has notified us of the change and we accept such change.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**C.** The following changes apply only to Information Security Protection Endorsement **BP 15 07** if it is attached to this Policy:

**1.** Paragraph **(2)** of Insuring Agreement **d. Security Breach Liability** is replaced by the following:

(2) We will pay for "defense expenses" as a result of a "claim" in the form of a "regulatory proceeding" first made against the insured during the "policy period" or during the applicable Extended Reporting Period, in response to a "wrongful act" or a series of "interrelated wrongful acts" covered under Paragraph **d.(1).**

**2.** Paragraphs **2.b.** and **e.** of Paragraph **N. Extended Reporting Periods** are replaced by the following:

**b.** The Supplemental Reporting Period will not be available if you fail to pay any amounts owed us.

**e.** You must give us a written request for the Supplemental Extended Reporting Period within 60 days after the end of the "policy period" or the effective date of cancellation, whichever comes first.

**3.** The following is added to Paragraph **P.** and supersedes any provision to the contrary:

**Your Right To Liability Claims Information**

We will provide the Named Insured shown in the Declarations the following information relating to this and any preceding Information Security Protection Endorsement we have issued to you during the previous three years:

**a.** A list or other record of each "claim" or "loss", or of an occurrence, offense or situation that may result in a "claim" or a "loss", not previously reported to any other insurer, of which we were notified in accordance with the Duties In The Event Of Claim Or Loss Condition in Paragraph **M.** We will include the date and brief description of the "claim" or "loss", or of the occurrence, offense or situation that may result in a "claim" or a "loss", if that information was in the notice we received.

**b.** A summary by policy year, of payments made and amounts reserved, stated separately, under any applicable Aggregate Limit.

Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values.

If we cancel or elect not to renew this Endorsement, we will provide such information no later than 30 days before the date of policy termination. In other circumstances, we will provide this information only if we receive a written request from the first Named Insured within 60 days after the end of the policy period. In this case, we will provide the information within 30 days of receipt of the request.

We compile "claim" and "loss" information, and information about an occurrence, offense or situation that may result in a "claim" or a "loss", for our own business purposes and exercise reasonable care in doing so. In providing this information to the first Named Insured, we make no representations or warranties to insureds, insurers or others to whom this information is furnished by or on behalf of any insured. Cancellation or nonrenewal will be effective even if we inadvertently provide inaccurate information.

**4.** Paragraph **d.** of the definition of "loss" in Paragraph **V.** is replaced by the following:

   **d.** With respect to Insuring Agreements **d.** Security Breach Liability and **g.** Web Site Publishing Liability:

   Compensatory damages, settlement amounts and costs awarded pursuant to judgments or settlements.

   "Loss" does not include:

     **(1)** Civil or criminal fines or penalties imposed by law;

     **(2)** Punitive or exemplary damages;

     **(3)** The multiplied portion of multiplied damages;

     **(4)** Taxes;

     **(5)** Royalties;

     **(6)** The amount of any disgorged profits; or

     **(7)** Matters that are uninsurable pursuant to law.

© Insurance Services Office, Inc., 2014

AMGUARD_0002200

POLICY NUMBER: HABP014417

**BUSINESSOWNERS
BP 04 04 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| Coverage | Additional Premium |
|---|---|
| **A.  Hired Auto Liability** | ████ |
| **B.  Non-owned Auto Liability** | ████ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or in the Schedule.

**1. Hired Auto Liability**

The insurance provided under Paragraph **A.1. Business Liability** in **Section II – Liability** applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

**2. Non-owned Auto Liability**

The insurance provided under Paragraph **A.1. Business Liability** in **Section II – Liability** applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person.

**B.** For insurance provided by this endorsement only:

**1.** The exclusions under Paragraph **B.1. Applicable To Business Liability Coverage** in **Section II – Liability,** other than Exclusions **a., b., d., f.** and **i.** and the **Nuclear Energy Liability Exclusion,** are deleted and replaced by the following:

**a.** "Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

This exclusion does not apply to:

**(1)** Liability assumed by the insured under an "insured contract"; or

**(2)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

**b.** "Property damage" to:

**(1)** Property owned or being transported by, or rented or loaned to the insured; or

**(2)** Property in the care, custody or control of the insured.

© Insurance Services Office, Inc., 2009

AMGUARD_000201

Page 1 of 2

**2.** Paragraph **C. Who Is An Insured** in **Section II – Liability** is replaced by the following:

**1.** Each of the following is an insured under this endorsement to the extent set forth below:

**a.** You;

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto":

**(1)** Any partner or "executive officer" of yours; or

**(2)** Any "employee" of yours;

but only while such "non-owned auto" is being used in your business; and

**d.** Any other person or organization, but only for their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

**2.** None of the following is an insured:

**a.** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

**b.** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

**c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**d.** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee; or

**e.** Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**C.** For the purposes of this endorsement only, Paragraph **H. Other Insurance** in **Section III – Common Policy Conditions** is replaced by the following:

This insurance is excess over any primary insurance covering the "hired auto" or "non-owned auto".

**D.** The following additional definitions apply:

**1.** "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", your partners or your "executive officers" or members of their households.

**3.** "Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by your "employees", your partners or your "executive officers", or members of their households, but only while used in your business or your personal affairs.

POLICY NUMBER HABP014417:                                   **BUSINESSOWNERS**
                                                           **BP 04 09 01 06**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MORTGAGEE, ASSIGNEE, OR RECEIVER

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| |
|---|
| **A.  Name Of Person Or Organization:**<br>PACIFIC CITY BANK |
| **B.  Designation Of Premises:**<br>4005 N Elizabeth St<br>Pueblo, CO 81008-2011 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **C. Who Is An Insured** in **Section II – Liability:**

**3.**  The person or organization shown in the Schedule is also an insured, but only with respect to liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and as shown in the Schedule.

This insurance does not apply to structural altera-tions, new construction and demolition operations performed by or for that person or organization.

BUSINESSOWNERS
BP 04 17 01 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B.1. Exclusions – Applicable To Business Liability Coverage** in **Section II** – **Liability:**

This insurance does not apply to "bodily injury" or "personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraph **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 © Insurance Services Office, Inc., 2009 AMGUARD_000204  □

**BUSINESSOWNERS**
**BP 05 01 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

  © ISO Properties, Inc.,  2001  AMGUARD_000205   □

BUSINESSOWNERS
BP 05 24 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| The **Exception Covering Certain Fire Losses** (Paragraph **B.2.**) applies to property located in the following state(s): |
|---|
|  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

**1.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

**B.** The following provisions are added to Businessowners Standard Property Coverage Form **BP 00 01,** Businessowners Special Property Coverage Form **BP 00 02** or **Section I – Property** of Businessowners Coverage Form **BP 00 03:**

**1.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

 © Insurance Services Office, Inc., 2015

AMGUARD_000206

**2. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.1.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense Additional Coverages.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**C.** The following provision is added to the Businessowners Liability Coverage Form **BP 00 06** or **Section II – Liability** of the Businessowners Coverage Form **BP 00 03:**

**1.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**2.** The following definition is added:

For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Form to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury" as may be defined in any applicable Coverage Form.

© Insurance Services Office, Inc., 2015

BUSINESSOWNERS
BP 05 41 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Liability Coverage Form **BP 00 06** and **Section II – Liability** of the Businessowners Coverage Form **BP 00 03**:

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising directly or indirectly, out of a "certified act of terrorism", or out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in U.S. dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

  **a.** Physical injury that involves a substantial risk of death; or

  **b.** Protracted and obvious physical disfigurement; or

  **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Form to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury" as may be defined in any applicable Coverage Form.

 © Insurance Services Office, Inc., 2015 AMGUARD_0006208

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

**b.** The act resulted in damage:

**(1)** Within the United States (including its territories and possessions and Puerto Rico); or

**(2)** Outside of the United States in the case of:

**(a)** An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

**(b)** The premises of any United States mission; and

**c.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**3.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Policy.

© Insurance Services Office, Inc., 2015

BUSINESSOWNERS
BP 05 42 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Liability Coverage Form **BP 00 06** and **Section II – Liability** of the Businessowners Coverage Form **BP 00 03:**

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Policy.

© Insurance Services Office, Inc., 2015
AMGUARD_000210

POLICY NUMBER: HABP014417

**BUSINESSOWNERS**
**BP 12 03 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number: | 001 | Building Number: | 001 | Applicable Clause (Indicate Paragraph A, B or C): | | B |
|---|---|---|---|---|---|---|
| **Description Of Property:** | | | | | | |
| **Loss Payee Name:** | | PACIFIC CITY BANK | | | | |
| **Loss Payee Address:** | | 3701 WILSHIRE BLVD #310 Los Angeles, CA, 90010 | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | |

Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Property Loss Condition in **Section I – Property,** as shown in the Declarations or in the Schedule:

**A. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**B. Lender's Loss Payable Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in that Covered Property is established by such written instruments as:

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading;

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure for similar action on the Covered Property.

**c.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of **Section I – Property** will then apply directly to the Loss Payee.

BP 12 03 01 10

© Insurance Services Office, Inc., 2009

AMGUARD_000211

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

**(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(2)** The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**a.** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**C. Contract Of Sale Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**3.** The following is added to Paragraph **H. Other Insurance** in **Section III – Common Policy Conditions:**

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**D. Building Owner Loss Payable Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

**2.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**3.** We will adjust losses to tenant's improvements and betterments with you, unless the lease provides otherwise.

© Insurance Services Office, Inc., 2009   AMGUARD_000212  IL 02 18 09 10

**BUSINESSOWNERS**
**BP 15 04 05 14**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** Exclusion **B.1.q.** of **Section II – Liability** is replaced by the following:

This insurance does not apply to:

**q. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

**(1)** Damages, other than damages because of "personal and advertising injury", arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

© Insurance Services Office, Inc., 2013

AMGUARD_000213

**B.** The following is added to Paragraph **B.1.p. Personal And Advertising Injury** Exclusion of **Section II – Liability:**

This insurance does not apply to:

**p. Personal And Advertising Injury**

"Personal and advertising injury":

Arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013
AMGUARD_ 000214   CP 05 04 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

**A.** The following is added to **Paragraph A.3. <u>Covered Causes of Loss</u>** in **SECTION I – PROPERTY**:

**Additional Coverage-- Equipment Breakdown**
The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident." As used in this Additional Coverage, "accident" means a fortuitous event that causes direct physical damage to "covered equipment." The event must be one of the following:

   **a.** mechanical breakdown, including rupture or bursting caused by centrifugal force;

   **b.** artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

   **c.** explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

   **d.** loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

   **e.** loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**2.** Unless otherwise shown in a Schedule, the following coverages also apply to the direct result of an "accident." These coverages do not provide additional amounts of insurance.

   **a. Expediting Expenses**
   With respect to your damaged Covered Property, we will pay the reasonable extra cost to:
   **(1)** make temporary repairs; and
   **(2)** expedite permanent repairs or permanent replacement.
   The most we will pay for loss or expense under this coverage is $25,000 unless otherwise shown in a Schedule.

   **b. Hazardous Substances**
   We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional expenses to clean up or dispose of such property.

   This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **2.c.(1)(b)** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

AMGUARD_000215

**BUSINESSOWNER'S – Equipment Breakdown Coverage Endorsement**

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $25,000 unless otherwise shown in a Schedule.

**c.  Spoilage**
  **(1)** We will pay:
    **(a)** for physical damage to "perishable goods" due to spoilage;
    **(b)** for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;
    **(c)** any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.
  **(2)** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident," less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Loss Payment condition.

The most we will pay for loss, damage or expense under this coverage is $25,000 unless otherwise shown in a Schedule.

**d.  Data Restoration**
We will pay for your reasonable and necessary cost to research, replace and restore lost "electronic data."

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $25,000 unless otherwise shown in a Schedule.

**e.  Service Interruption**
  **(1)** Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

  **(2)** Unless otherwise shown in a Schedule, coverage for any loss of Business Income you sustain that results from the interruption of utility services will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident." If the interruption exceeds 24 hours, coverage will begin at the time of the interruption and the deductible applicable to Business Income will apply.

  **(3)** The most we will pay in any "one accident" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense or Spoilage, except that if a limit is shown in a Schedule for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

**f.  Business Income and Extra Expense**
Any insurance provided under this policy for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a deductible is shown in a Schedule, then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident," and the deductible shown in the Schedule will apply.

The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in a Schedule.

**B.**  The following is added to **Paragraph B. Exclusions**:

---

AMGUARD_000216

**BUSINESSOWNER'S – Equipment Breakdown Coverage Endorsement**

**Equipment Breakdown Exclusions**

All exclusions in the Businessowners Coverage Form apply except as modified below and to the extent that coverage is specifically provided by this Additional Coverage Equipment Breakdown.

1. The following exclusions are modified:
   a. As respects this endorsement only, the next to the last paragraph in **Exclusion B.1.h.** is deleted and replaced with the following:
      However, if excluded loss or damage, as described in **Paragraph (1)** above results in an "accident," we will pay only for the loss, damage or expense caused by such "accident."

   b. As respects this endorsement only, the last paragraph of **Exclusion B.2.l.** is deleted and replaced with the following:
      But if an excluded cause of loss that is listed in 2.l.(1) through (7) results in an "accident," we will pay for the loss, damage or expense caused by that "accident."

   c. The following is added to **Exclusions B.2.m.** and **B.2.n**:
      We will also pay for direct physical loss or damage caused by an "accident."

2. The following exclusions are added:
   a. We will not pay for loss, damage or expense caused by or resulting from:
      (1) a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or
      (2) any of the following:
         (a) defect, programming error, programming limitation, computer virus, malicious code, loss of data, loss of access, loss of use, loss of functionality or other condition within or involving "electronic data" of any kind; or
         (b) misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.
         However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident."

   b. With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in A.1.c. above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

   c. With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for:
      (1) loss caused by your failure to use due diligence and dispatch and all reasonable means to resume business; or

      (2) any increase in loss resulting from an agreement between you and your customer or supplier.

**C. Deductibles**

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in a Schedule.  If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, provision **D. Deductibles** is deleted and replaced with the following:

1. **Deductibles for Each Coverage**

   a. Unless the Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident."

   b. We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Schedule. We will then

---

AMGUARD_000217

**BUSINESSOWNER'S – Equipment Breakdown Coverage Endorsement**

pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

**c.** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident," only the highest deductible for each coverage will apply.

**2.** **Direct and Indirect Coverages**

**a.** Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the Schedule.

**b.** Unless more specifically indicated in the Schedule:
**(1)** Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and
**(2)** Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

**3.** **Application of Deductibles**

**a.** **Dollar Deductibles**
We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

**b.** **Time Deductible**
If a time deductible is shown in the Schedule, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident." If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**c.** **Multiple of Average Daily Value (ADV)**
If a deductible is expressed as a number times ADV, that amount will be calculated as follows:
The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration". The number indicated in the Schedule will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**d.** **Percentage of Loss Deductibles**
If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**D. Conditions**
The following conditions are in addition to the Conditions in the Businessowners Coverage Form.

**1.** **Suspension**
Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment." This can be done by mailing or delivering a written notice of suspension to:

**a.** your last known address; or

AMGUARD_000218

**BUSINESSOWNER'S – Equipment Breakdown Coverage Endorsement**

    **b.**  the address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment." If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**2.**  **Jurisdictional Inspections**
If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**3.**  **Environmental, Safety and Efficiency Improvements**
If "covered equipment" requires replacement due to an "accident," we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

**4.**  **Coinsurance**
If a coinsurance percentage is shown in a Schedule for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

**E.**  **The following definitions are added:**
**1.**  "Boilers and vessels" means:

    **a.**  Any boiler, including attached steam, condensate and feedwater piping; and

    **b.**  Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in a Schedule.

**2.**  "Covered equipment"

    **a.**  "Covered equipment" means, unless otherwise specified in a Schedule, Covered Property:
        **(1)**  that generates, transmits or utilizes energy, including electronic communications and data processing equipment; or
        **(2)**  which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

    **b.**  None of the following is "covered equipment":
        **(1)**  structure, foundation, cabinet, compartment or air supported structure or building;
        **(2)**  insulating or refractory material;
        **(3)**  sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;
        **(4)**  water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;
        **(5)**  "vehicle" or any equipment mounted on a "vehicle";
        **(6)**  satellite, spacecraft or any equipment mounted on a satellite or spacecraft;
        **(7)**  dragline, excavation or construction equipment; or
        **(8)**  equipment manufactured by you for sale.

AMGUARD_000219

**BUSINESSOWNER'S – Equipment Breakdown Coverage Endorsement**

3. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

4. "One accident" means: If an initial "accident" causes other "accidents," all will be considered "one accident." All "accidents" that are the result of the same event will be considered "one accident."

5. "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

6. "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus.  This term does not appear elsewhere in this endorsement, but may appear in a Schedule.

7. "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

   However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle."

The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations unless otherwise shown in a Schedule. Coverage provided under this endorsement does not provide an additional amount of insurance.

AMGUARD_000220

**BUSINESSOWNER'S**
**BP 99 11 09 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – BED BUG - KISSING BUG

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

The following is added to **Paragraph B.1. and B.2.**, **Exclusions** in **SECTION II – LIABILITY**:

This insurance does not apply to:

"Bodily Injury", "Property damage", "personal and advertising injury" or medical expenses due to any or all claims or damages arising from any person being exposed to or bitten by an insect(s) belonging to the entomological families of Cimicidae or Reduviidae commonly referred to as a bed bug or kissing bug.

AMGUARD_000221

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE ENDORSEMENT - PROPERTY

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

Paragraph **D.1. Deductibles** of **SECTION I – PROPERTY** is replaced with the following:

**D.  Deductibles**

1.  We will not pay for loss or damage to Covered Property caused by or resulting from a Covered Cause of Loss as a result of one occurrence until the amount of such loss or damage exceeds the applicable Deductible shown in the Declarations or as set forth below.  We will then pay the amount of such loss or damage in excess of the Deductible up to the applicable Limit of Insurance of **Section 1 - Property**.  In the event of loss or damage to Covered Property caused by or resulting from a Covered Cause of Loss at one or more buildings at the same location, as a result of one occurrence, only the single largest deductible scheduled for loss at such building(s) will apply to all such loss or damage regardless of the number of buildings involved in the loss.  However, this Paragraph **D.1** does not apply to loss or damage from Earthquake or Windstorm or Hail causes of loss.

    **EXAMPLES**

    **Example 1** - Loss at multiple buildings, same location.

    A fire damages Buildings 1 and 2 which results in a spoilage loss at Buildings 3 and 4 due to a power outage from the fire.

    | | |
    |---|---|
    | Property Deductible – Building 1: | $250 |
    | Property Deductible – Building 2: | $250 |
    | Limit of Insurance – Building 1: | $60,000 |
    | Limit of Insurance – Building 2: | $80,000 |
    | Loss to Building 1: | $50,100 |
    | Loss to Building 2: | $70,000 |

| | |
|---|---|
| Spoilage Deductible – Building 3 | : $500 |
| Spoilage Deductible – Building 4 | : $500 |
| Spoilage Limit of Insurance – Building 3: | $5,000 |
| Spoilage Limit of Insurance – Building 4: | $2,000 |
| Spoilage loss at Building 3: | $2,500 |
| Spoilage loss at Building 4: | $1,500 |

The largest deductible involved in the occurrence was the $500 spoilage deductible and will be subtracted from the total Loss Payable:

```
    $  50,100 – Building 1 loss
 +  $  70,000 – Building 2 loss
 +  $   2,500 – Spoilage loss at Building 3
 +  $   1,500 – Spoilage loss at Building 4
    $ 124,100 – Total loss
 -  $     500 – Largest deductible involved in loss
    $ 123,600 – Total loss payable
```

**Example 2** - Identical loss occurs but only at building 1, no loss at other buildings (same deductibles and limits)

| | |
|---|---|
| Property Deductible – Building 1: | $250 |
| Limit of Insurance – Building 1: | $60,000 |
| Loss to Building 1: | $50,100 |
| Spoilage Loss at Building 1: | $2,500 |

The largest deductible involved in the occurrence was the $500 spoilage deductible for Building 1 and will be subtracted from the total Loss Payable.

```
    $  50,100 - Building 1 loss
 +  $   2,500 - Spoilage loss at Building 1
    $  52,600 - Total Loss at Building 1
 -  $     500 - Largest deductible involved in loss
    $  52,100 - Total loss payable.
```

AMGUARD_000222

BUSINESSOWNER'S
BP 99 20 01 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HOTELS/MOTELS

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Businessowner's Coverage Form apply, unless modified by this endorsement.

**A.** The following is added to Paragraph **A.1.a.** of **Section I – Property:**

(7) Indoor swimming pools which are an integral part of the buildings.

**B .** Paragraph **A.1.b.(2)** of **Section I – Property** is replaced by the following:

(2) Property of others that is in your care, custody or control, excluding property belonging to guests staying at your hotel/motel, except as otherwise provided in Loss Payment Property Loss Condition Paragraph **E.5.d.(3)(b);**

**C.** The following is added to Paragraph **A.1.b.** of **Section I – Property:**

(6) Your personal property in hotel/motel rooms furnished by you as a hotel/motel operator.

**D.** The following is added to Paragraph **A.5.Additional Coverages** of **Section I – Property:**

**s. Lock Replacement**

We will pay the necessary expenses you incur to replace locks for hotel/motel rooms resulting from theft or copying of keys or any other legitimate security concern. The most we will pay under this Additional Coverage during each policy period is $2,500.

This insurance does not apply to loss caused by:

(1) Vandalism; or

(2) Wear and Tear.

Lock replacement coverage is not subject to a deductible.

**t. Web Sites**

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" caused by direct physical loss or damage by a Covered Cause of Loss to:

(a) The operation of your business web site at a described location; or

(b) The operation of your business web site at the premises of a vendor acting as your service provider.

The most we will pay for loss under this Additional Coverage in any one occurrence is the lesser of:

(a) The loss you sustain during the 7-day period immediately following the first 12 hours after the suspension of your website operations; or

(b) $50,000.

The most we will pay for loss under this Additional Coverage during each policy period is $100,000.

**u. Reward Payment**

(1) We will reimburse you for rewards paid as follows:

(a) Up to $5,000 to an eligible person for information leading to the arrest and conviction of any person or persons committing a crime resulting in loss of or damage to Covered Property from a Covered Cause of Loss. However, we will pay no more than the lesser of the following amounts:

(i) Actual cash value of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it; or

(ii) The amount determined by the loss settlement procedure applicable to the Covered Property under the Loss Payment Condition.

AMGUARD_000223

**BUSINESSOWNER'S – Hotels/Motels**

(b) Up to $5,000 to an eligible person for the return of stolen Covered Property, when the loss is caused by theft. However, we will pay no more than the lesser of the following amounts:

(i) Actual cash value based on the condition of the Covered Property at the time it is returned, but not more than the amount required to repair or replace it; or

(ii) The amount determined by the loss settlement procedure applicable to the returned Covered Property under the Loss Payment Condition.

(2) This Additional Coverage applies subject to the following conditions:

(a) An eligible person means that person designated by a law enforcement agency as being the first to voluntarily provide the information leading to the arrest and conviction or return of the stolen Covered Property, and who is not:

(i) You or any family member;

(ii) Your employee or any of his or her family members;

(iii) An employee of a law enforcement agency;

(iv) An employee of a business engaged in property protection;

(v) Any person who had custody of the Covered Property at the time the theft was committed; or

(vi) Any person involved in the crime.

(b) No reward will be reimbursed unless and until the person(s) committing the crime is (are) convicted or the Covered Property is returned.

(c) The lesser of the amount of the reward or $5,000 is the most we will reimburse for loss under this Additional Coverage in any one occurrence.

**v. Credit Card Slips**

We will pay for amounts you are unable to collect due to loss of or damage to credit card slips while located at the described premises as the result of a Covered Cause of Loss.

It is your responsibility to establish the amount of the loss under this Additional Coverage.  If it is not possible, the amount of the loss will be determined as follows:

(1) If you have been in business for more than twelve months at the location of the loss, one-thirtieth (1/30) of the average monthly amount of credit card slips will be considered as average daily credit card slips for that location.

The twelve months immediately preceding the discovery of the loss will be used to determine the average monthly amount.

(2) If you have been in business for less than twelve months at the location of the loss, the average daily credit card slips shall be one-thirtieth (1/30) of the average monthly amount of credit card slips for the number of months you have been in business at that location.

(3) The average daily credit card slips will be multiplied by the number of days for which slips are lost to determine the amount of the loss subject to the maximum limit indicated below.

The most we will pay as a result of loss or damage to credit card slips under this Additional Coverage during each policy period is $10,000.

E. Our obligation under this coverage applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage.

F. The following is added to Paragraph **A.Coverages** of **SectionII – Liability:**

3. **Liability For Guests' Property**

a. We will pay those sums that you become legally obligated to pay as damages because of loss or destruction of, or damage to property belonging to your hotel/motel guests while the property is on your premises or in your possession. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Paragraph **D – Liability And Medical Expenses Limits Of Insurance** in **SectionII** – **Liability**; and

(2) Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements or medical expenses.

AMGUARD_000224

BUSINESSOWNER'S – Hotels/Motels

**b.** This insurance applies to damages resulting from the loss or destruction of, or damage to property belonging to hotel/motel guests only if the loss or destruction of, or damage to property took place in the "coverage territory" during the policy period.

**c.** This coverage does not apply to the following property:

**(1)** Samples or articles held for sale;

**(2)** Vehicles, including equipment, accessories or any property contained in or on a vehicle; and

**(3)** Property belonging to your guests while the property is in a "safe deposit box" on your premises.

**G.** The following is added to Paragraph **B.Exclusions** of **SectionII – Liability:**

**4. Applicable To Liability For Guests' Property**

This insurance does not apply to:

**a.** Liability excluded under Business Liability Coverage.

However, with respect to the coverage provided for damage to Guests' Property, Exclusion **B.1.k.(4)** of **Section II – Liability** does not apply;

**b.** Dishonest acts committed by you, your partners, members or managers;

**c.** Destruction of or damage to property resulting from the spilling, upsetting or leaking of any food or liquid;

**d.** Loss or destruction of or damage to property resulting from seizure or destruction of the property by order of governmental authority; and

**e.** Liability incurred from your release of any other person or organization from legal liability.

**H.** The following is added to Paragraph **D.Liability And-Medical Expenses Limits Of Insurance** of **Section II – Liability:**

**5. Liability For Guests' Property Limits Of Insurance**

**a.** The most we will pay for all damages because of loss or destruction of or damage to property belonging to your guests in any one "occurrence", regardless of the number of guests, is $25,000 unless a higher amount is shown in the Declarations.

**b.** Subject to the applicable limit stated above in **5.a.,** the most we will pay for all damages because of loss or destruction of or damage to property belonging to any one guest is $1,000, unless a higher amount is shown in the Declarations.

All loss, destruction or damage involving a single act or series of related acts whether caused by one or more persons is considered one "occurrence".

**I.** For coverage provided under this endorsement the following definition is added to **Section II – Liability:**

**23.** "Safe Deposit Box" means a box or safe used for safe storage of valuables. The box or safe must be in an area inaccessible to the public whereby the valuables are turned over to the custody of a hotel/motel representative. "Safe deposit box" does not include any safe or storage facility in hotel/motel units occupied by guests.

AMGUARD_000225

**BUSINESSOWNER'S**
**BP  99 22 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HOTEL/MOTEL – LIABILITY FOR GUESTS' PROPERTY IN SAFE DEPOSIT BOXES

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Businessowners Coverage Form are amended as follows:

**A.** The following is added to Paragraph **A.Coverages** of **Section II – Liability:**

**3. Liability For Guests' Property In "Safe Deposit Boxes"**

**a.** We will pay those sums that you become legally obligated to pay as damages because of loss or destruction of or damage to property belonging to your hotel/motel guests while the property is in a "safe deposit box" on your premises. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D – Liability And Medical Expenses Limits Of Insurance** in **Section II – Liability;** and

**(2)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements or medical expenses.

Our obligation under this coverage applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage.

**b.** This insurance applies to damages resulting from the loss or destruction of or damage to property belonging to your hotel/motel guests only if the loss or destruction of or damage to property took place in the "coverage territory" during the policy period.

**B.** The following are added to Paragraph **B.Exclusions** of **Section II – Liability:**

**4. Applicable to Liability For Guests' Property In "Safe Deposit Boxes"**

This insurance does not apply to:

**a.** Liability excluded under Business Liability Coverage.

However, with respect to the coverage provided for damage to Guests' Property, Exclusion **B.1.k.(4)** of **Section II – Liability** does not apply.

**b.** Dishonest acts committed by you, your partners, members or managers;

**c.** Destruction of or damage to property resulting from fire;

**d.** Loss or destruction of or damage to property resulting from seizure or destruction of the property by order of governmental authority; and

**e.** Liability incurred from your release of any other person or organization from legal liability.

**C.** The following is added to Paragraph **D.Liability And Medical Expenses Limits Of Insurance** of **Section II – Liability:**

**5. Liability For Guests' Property In "Safe Deposit Boxes" Limit Of Insurance**

The most we will pay for all damages because of loss or destruction of or damage to property belonging to your hotel/motel guests while the property is in a "safe deposit box" on your premises in any one "occurrence", regardless of the number of guests, is the Liability For Guests' Property In "Safe Deposit Boxes" Limit of Insurance shown in the Declarations.

**D.** For coverage provided under this endorsement the following definition is added to **SectionII – Liability:**

AMGUARD_000226

**BUSINESSOWNER'S – Hotel/Motel – Liability For Guests' Property In Safe Deposit Boxes**

**23.** "Safe Deposit Box" means a box or safe used for safe storage of valuables. The box or safe must be in an area inaccessible to the public whereby the valuables are turned over to the custody of a hotel/motel representative. "Safe deposit box" does not include any safe or storage facility in hotel/motel units occupied by guests.

AMGUARD _ 000227

BUSINESSOWNER'S
BP 99 6003 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WATER BACK-UP AND SUMP OVERFLOW

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

**SCHEDULE**

| Premises Number | Covered Property Annual Aggregate Limit Of Insurance | Business Income And Extra Expense Annual Aggregate Limit Of Insurance |
|---|---|---|
| Location 001, Building 001 | $5,000 | $5,000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** We will pay for direct physical loss or damage to Covered Property, covered under Section **I** – Property, caused by or resulting from:

**1.** Water or waterborne material which backs up through or overflows or is otherwise discharged from a sewer or drain; or

**2.** Water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or related equipment, even if the overflow or discharge results from mechanical breakdown of a sump pump or its related equipment.

However, with respect to Paragraph **A.2.,** we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

***THIS IS NOT FLOOD INSURANCE.  We will not pay for loss or damage from water or other materials that back up or overflow  from any sewer, drain or sump that itself is caused, directly or indirectly, in whole or in part, by any flood.  Flood means the overflow of surface water, waves, tides, tidal waves, streams, or other bodies of water, or their spray, all whether driven by wind or not.***

**B.** The coverage described in Paragraph **A.** of this endorsement does not apply to loss or damage resulting from an insured's failure to:

**1.** Keep a sump pump or its related equipment in proper working condition; or

**2.** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

**C.** The most we will pay for the coverage provided under this endorsement for all direct physical loss or damage to Covered Property is the Covered Property Annual Aggregate Limit of Insurance. That limit is $5,000 per location, unless a different Covered Property Annual Aggregate Limit of Insurance is indicated in the Schedule of this endorsement.

The applicable Covered Property Annual Aggregate Limit of Insurance is the most we will pay under this endorsement for the total of all direct physical loss or damage sustained in any one policy year, regardless of the number of occurrences that cause or result in loss or damage to Covered Property. If loss payment for the first such occurrence does not exhaust the applicable Limit of Insurance, then the balance of that Limit is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**D.** The following provisions apply to **Section I – Property** and supersede any provisions to the contrary:

The most we will pay under:

AMGUARD_ 000228

**BUSINESSOWNER'S – Water Back-Up and Sump Overflow Endorsement**

1. Paragraph **A.5.f. Business Income** Additional Coverage for all loss of Business Income you sustain due to the necessary suspension of your "operations" caused by direct physical loss or damage to Covered Property as described in Paragraph **A.** of this endorsement; and

2. Paragraph **A.5.g. Extra Expense** Additional Coverage for all necessary Extra Expense you incur and that you would not have incurred if there had been no direct physical loss or damage to Covered Property as described in Paragraph **A.** of this endorsement;

is the Business Income And Extra Expense Annual Aggregate Limit of Insurance. That limit is $5,000 per location, unless a different Business Income And Extra Expense Annual Aggregate Limit of Insurance is shown in the Schedule.

The applicable Business Income And Extra Expense Annual Aggregate Limit of Insurance is the most we will pay under this endorsement for the total of all loss of Business Income you sustain and Extra Expense you incur in any one policy year, regardless of the number of occurrences that cause or result in loss or damage to Covered Property as described in Paragraph **A.** of this endorsement. If loss payment during an earlier "period of restoration" in the policy year does not exhaust the applicable Limit of Insurance, then the balance of that Limit is available for loss of Business Income you sustain or Extra Expense you incur during a subsequent "period of restoration" beginning in, but not after, that policy year. With respect to a "period of restoration" which begins in one policy year and continues in a subsequent policy year(s), all loss of Business Income you sustain or Extra Expense you incur is deemed to be sustained or incurred in the policy year in which the "period of restoration" began.

**E.** With respect to the coverage provided under this endorsement, the **Water** Exclusion in **Section I – Property** is replaced by the following exclusion:

**Water**

1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

2. Mudslide or mudflow; or

3. Water under the ground surface pressing on, or flowing or seeping through:

   a. Foundations, walls, floors or paved surfaces;

   b. Basements, whether paved or not; or

   c. Doors, windows or other openings; or

4. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.** or **3.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **4.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **4.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

AMGUARD_000229

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DATA COMPROMISE COVERAGE
## RESPONSE EXPENSES AND DEFENSE AND LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

| SECTION 1 – RESPONSE EXPENSES | | |
|---|---|---|
| **Data Compromise** | | |
| **Response Expenses Limit:** | $50,000 | Annual Aggregate |
| **Sublimits** | | |
| **Named Malware (Sec. 1)** | $50,000 | Any one "Personal Data Compromise" |
| **Forensic IT Review:** | 5000 | |
| **Legal Review:** | 5000 | |
| **PR Services:** | $5,000 | |
| **Response Expenses Deductible:** | 1000 | Any one "Personal Data Compromise" |
| SECTION 2 – DEFENSE AND LIABILITY | | |
| **Data Compromise** | | |
| **Defense and Liability Limit:** | 50000 | Annual Aggregate |
| **Sublimits** | | |
| **Named Malware (Sec. 2)** | $50,000 | Any one "Personal Data Compromise" |
| **Defense and Liability Deductible:** | 1000 | Each "Data Compromise Suit" |

The following is added as an Additional Coverage to the Property section:

# SECTION 1 – RESPONSE EXPENSES

### DATA COMPROMISE COVERED CAUSE OF LOSS

Coverage under this Data Compromise Coverage endorsement applies only if all of the following conditions are met:

1. There has been a "personal data compromise"; and

2. Such "personal data compromise" is first discovered by you during the policy period for which this Data Compromise Coverage endorsement is applicable; and

3. Such "personal data compromise" is reported to us within 60 days after the date it is first discovered by you.

### COVERAGE – SECTION 1

If the three conditions listed above in DATA COMPROMISE – COVERED CAUSE OF LOSS have been met, then we will provide coverage for the following expenses when they arise directly from the covered cause of loss and are necessary and reasonable. Coverages 4 and 5 apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under coverage 3.

1. **Forensic IT Review**

   Professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

   This does not include costs to analyze, research or determine any of the following:
   a. Vulnerabilities in systems, procedures or physical security;

---

AMGUARD_000230

**BUSINESSOWNER'S – Data Compromise Coverage Endorsement**

b. Compliance with PCI or other industry security standards; or

c. The nature or extent of loss or damage to data that is not "personally identifying information" or "personally sensitive information".

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**2. Legal Review**

Professional legal counsel review of the "personal data compromise" and how you should best respond to it.

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**3. Notification to Affected Individuals**

We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

**4. Services to Affected Individuals**

We will pay your necessary and reasonable costs to provide the following services to "affected individuals".

a. The following services apply to any "personal data compromise".

1) Informational Materials

A packet of loss prevention and customer support information.

2) Help Line

A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in b. 1) and 2).

b. The following additional services apply to "personal data compromise" events involving "personally identifying information".

1) Credit Report and Monitoring

A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This

service is subject to the "affected individual" enrolling for this service with the designated service provider.

2) Identity Restoration Case Management

As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**5. PR Services**

Professional public relations firm review of and response to the potential impact of the "personal data compromise" on your business relationships.

This includes costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for promotions:

a. Provided to any of your directors or employees; or;

b. Costing more than $25 per "affected individual".

**LIMITS – SECTION 1**

The most we will pay under Response Expenses coverage is the Data Compromise Response Expenses Limit indicated for this endorsement.

The Data Compromise Response Expenses Limit is an annual aggregate limit. This amount is the most we will pay for the total of all loss covered under Section 1 arising out of all "personal data compromise" events which are first discovered by you during the present annual policy period. This limit applies regardless of the number of "personal data compromise" events discovered by you during that period.

A "personal data compromise" may be first discovered by you in one policy period but cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "personal data compromise" will be subject to the Data Compromise Response Expenses Limit applicable to the policy period when the "personal data compromise" was first discovered by you.

The most we will pay under Response Expenses coverage for loss arising from any "malware-related compromise" is the Named Malware (Sec. 1) sublimit indicated for this endorsement. For the purpose of the Named Malware (Sec. 1) sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise". This sublimit is

**BUSINESSOWNER'S – Data Compromise Coverage Endorsement**

part of, and not in addition to the Data Compromise Response Expenses Limit.

The most we will pay under Forensic IT Review, Legal Review and PR Services coverages for loss arising from any one "personal data compromise" is the applicable sublimit for each of those coverages indicated for this endorsement. These sublimits are part of, and not in addition to, the Data Compromise Response Expenses Limit. PR Services coverage is also subject to a limit per "affected individual" as described in 5. PR Services.

Coverage for Services to "affected individuals" is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

**DEDUCTIBLE – SECTION 1**

Response Expenses coverage is subject to the Response Expenses Deductible indicated for this endorsement. You shall be responsible for such deductible amount as respects each "personal data compromise" covered under this endorsement.

# SECTION 2 – DEFENSE AND LIABILITY

### DEFENSE AND LIABILITY COVERED CAUSE OF LOSS

Coverage under this Data Compromise Coverage endorsement applies only if all three of the conditions in DATA COMPROMISE – COVERED CAUSE OF LOSS are met.

Only with regard to Section 2 – Defense and Liability coverage, the following conditions must also be met:

1. You have provided notifications and services to "affected individuals" in consultation with us pursuant to Response Expenses coverage; and

2. You receive notice of a "data compromise suit" brought by one or more "affected individuals" or by a governmental entity on behalf of one or more "affected individuals"; and

3. Notice of such "data compromise suit" is received by you within two years of the date that the "affected individuals" are notified of the "personal data compromise"; and

4. Such "data compromise suit" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**COVERAGE – SECTION 2**

If all of the conditions listed above in DEFENSE AND LIABILITY – COVERED CAUSE OF LOSS have been met, then we will provide coverage for "data compromise defense costs" and "data compromise liability" directly arising from the covered cause of loss.

**LIMITS – SECTION 2**

The most we will pay under Defense and Liability coverage (other than post-judgment interest) is the Data Compromise Defense and Liability Limit indicated for this endorsement.

The Data Compromise Defense and Liability Limit is an annual aggregate limit. This amount is the most we will pay for all loss covered under Section 2 (other than post-judgment interest) arising out of all "personal data compromise" events which are first discovered by you during the present annual policy period. This limit applies regardless of the number of "personal data compromise" events discovered by you during that period.

A "personal data compromise" may be first discovered by you in one policy period but cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "personal data compromise" (other than post-judgment interest) will be subject to the Data Compromise Defense and Liability Limit applicable to the policy period when the "personal data compromise" was first discovered by you.

The most we will pay under Defense and Liability coverage for loss arising from any "malware-related compromise" is the Named Malware (Sec. 2) sublimit indicated for this endorsement. For the purpose of the Named Malware (Sec. 2) sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise".This sublimit is part of, and not in addition to, the Defense and Liability Limit.

**DEDUCTIBLE – SECTION 2**

Defense and Liability coverage is subject to the Defense and Liability Deductible indicated for this endorsement. You shall be responsible for such deductible amount as respects each "data compromise suit" covered under this endorsement.

# EXCLUSIONS, ADDITIONAL CONDITIONS AND DEFINITIONS APPLICABLE TO BOTH SECTION 1 AND SECTION 2

**EXCLUSIONS**

The following additional exclusions apply to this coverage:

We will not pay for costs arising from the following:

1. Your intentional or willful complicity in a "personal

---

AMGUARD_000232

**BUSINESSOWNER'S – Data Compromise Coverage Endorsement**

data compromise".

2. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

3. Any "personal data compromise" occurring prior to the first inception of this Data Compromise Coverage endorsement or any coverage substantially similar to that described in this endorsement.

4. Costs to research or correct any deficiency. This includes, but is not limited to, any deficiency in your systems, procedures or physical security that may have contributed to a "personal data compromise".

5. Any fines or penalties. This includes, but is not limited to, fees or surcharges from affected financial institutions.

6. Any criminal investigations or proceedings.

7. Any extortion or blackmail. This includes, but is not limited to, ransom payments and private security assistance.

8. Any "personal data compromise" involving data that is being transmitted electronically, unless such data is encrypted to protect the security of the transmission.

9. Your reckless disregard for the security of "personally identifying information" or "personally sensitive information" in your care, custody or control.

10. That part of any "data compromise suit" seeking any non-monetary relief.

**ADDITIONAL CONDITIONS**

The following Additional Conditions apply to all coverages under this endorsement.

**A. Data Compromise Liability Defense**

1. We shall have the right and the duty to assume the defense of any applicable "data compromise suit" against you. You shall give us such information and cooperation as we may reasonably require.

2. You shall not admit liability for or settle any "data compromise suit" or incur any defense costs without our prior written consent.

3. If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "data compromise suit" independently of us. Our liability shall not exceed the amount for which the claim or suit could have been settled if such recommendation was consented to, plus defense

costs incurred by us, and defense costs incurred by you with our written consent, prior to the date of such refusal.

4. We shall not be obligated to pay any damages or defense costs, or to defend or continue to defend any "data compromise suit", after the Data Compromise Defense and Liability Limit has been exhausted.

5. We shall pay all interest on that amount of any judgment within the Data Compromise Defense and Liability Limit which accrues:

   a. after entry of judgment; and

   b. before we pay, offer to pay or deposit in court that part of the judgment within the Data Compromise Defense and Liability Limit or, in any case, before we pay or offer to pay the entire Data Compromise Defense and Liability Limit.

   These interest payments shall be in addition to and not part of the Data Compromise Defense and Liability Limit.

**B. Duties in the Event of a "Data Compromise Suit"**

1. If a "data compromise suit" is brought against you, you must:

   a. Immediately record the specifics of the "data compromise suit" and the date received; and

   b. Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "data compromise suit" is first received by you.

   c. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "data compromise suit";

   d. Authorize us to obtain records and other information;

   e. Cooperate with us in the investigation, settlement or defense of the "data compromise suit";

   f. Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of loss to which this insurance may also apply; and

   g. Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "data compromise suit".

2. You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

3. If you become aware of a claim or complaint that

AMGUARD_000233

**BUSINESSOWNER'S – Data Compromise Coverage Endorsement**

may become a "data compromise suit", you shall promptly inform us of such claim or complaint.

**C. Due Diligence**

You agree to use due diligence to prevent and mitigate costs covered under this endorsement. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

1. Providing and maintaining appropriate physical security for your premises, computer systems and hard copy files;

2. Providing and maintaining appropriate computer and Internet security;

3. Maintaining and updating at appropriate intervals backups of computer data;

4. Protecting transactions, such as processing credit card, debit card and check payments; and

5. Appropriate disposal of files containing "personally identifying information" or "personally sensitive information", includingshredding hard copy files and destroying physical media used to store electronic data.

**D. Legal Advice**

We are not your legal advisor. Our determination of what is or is not covered under this Data Compromise Coverage endorsement does not represent advice or counsel from us about what you should or should not do.

**E. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under this Data Compromise Coverage for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under Additional Condition F. Service Providers. You must provide the following at our pre-notification consultation with you:

1. The exact list of "affected individuals" to be notified, including contact information.

2. Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".

3. The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Response Expenses Limit.

**F. Service Providers**

1. We will only pay under this Data Compromise Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Data Compromise Coverage. We will not unreasonably withhold such approval.

2. Prior to the Pre-Notification Consultation described in Additional Condition E. above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

   a. Such alternate service provider must be approved by us;

   b. Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

   c. Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

**G. Services**

The following conditions apply as respects any services provided to you or any "affected individual" by us, our designees or any service firm paid for in whole or in part under this Data Compromise coverage:

1. The effectiveness of such services depends on your cooperation and assistance.

2. All services may not be available or applicable to all individuals. For example, "affected individuals" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

3. We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

4. You will have a direct relationship with the professional service firms paid for in whole or in part under this coverage. Those firms work for you.

**DEFINITIONS**

With respect to the provisions of this endorsement only, the following definitions are added:

1. "Affected Individual" means any person who is your

AMGUARD_000234

**BUSINESSOWNER'S – Data Compromise Coverage Endorsement**

current, former or prospective customer, client, member, owner, director or employee and whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this endorsement. This definition is subject to the following provisions:

a. "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".

b. An "affected individual" must have a direct relationship with your interests as insured under this policy. The following are examples of individuals who would not meet this requirement:

1) If you aggregate or sell information about individuals as part of your business, the individuals about whom you keep such information do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

2) If you store, process, transmit or transport records, the individuals whose "personally identifying information" or "personally sensitive information" you are storing, processing, transmitting or transporting for another entity do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

3) You may have operations, interests or properties that are not insured under this policy. Individuals who have a relationship with you through such other operations, interests or properties do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of the operation insured under this policy.

c. An "affected individual" may reside anywhere in the world.

2. "Data Compromise Defense Costs" means expenses resulting solely from the investigation, defense and appeal of any "data compromise suit" against you. Such expenses must be reasonable and necessary. They will be incurred by us. They do not include your salaries or your loss of earnings. They do include premiums for any appeal bond, attachment bond or similar bond, but without any obligation to apply for or furnish any such bond.

3. "Data Compromise Liability"

a. "Data compromise liability" means the following, when they arise from a "data compromise suit":

1) Damages, judgments or settlements to "affected individuals";

2) Defense costs added to that part of any judgment paid by us, when such defense costs are awarded by law or court order; and

3) Pre-judgment interest on that part of any judgment paid by us.

b. "Data compromise liability" does not mean:

1) Damages, judgments or settlements to anyone who is not an "affected individual";

2) Civil or criminal fines or penalties imposed by law;

3) Punitive or exemplary damages;

4) The multiplied portion of multiplied damages;

5) Taxes; or

6) Matters which may be deemed uninsurable under the applicable law.

4. "Data Compromise Suit"

a. "Data Compromise Suit" means a civil proceeding in which damages to one or more "affected individuals" arising from a "personal data compromise" or the violation of a governmental statute or regulation are alleged. Such proceeding must be brought in the United States of America, Puerto Rico or Canada. "Data compromise suit" includes:

1) An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

2) Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent; or

3) A written demand for money, when such demand could reasonably result in a civil proceeding as described in this definition.

b. "Data compromise suit" does not mean any demand or action brought by or on behalf of someone who is:

1) Your director or officer;

2) Your owner or part-owner; or

3) A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action. "Data compromise suit" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual".

c. "Data compromise suit" does not mean any demand or action brought by an organization,

AMGUARD_000235

**BUSINESSOWNER'S – Data Compromise Coverage Endorsement**

business, institution, or any other party that is not an "affected individual" or governmental entity. "Data compromise suit" does not mean any demand or action brought on behalf of an organization, business, institution, governmental entity or any other party that is not an "affected individual".

5. "Identity Theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

6. "Malware-Related Compromise" means a "personal data compromise" that is caused, enabled or abetted by a virus or other malicious code that, at the time of the "personal data compromise", is named and recognized by the CERT® Coordination Center, McAfee®, Secunia, Symantec or other comparable third party monitors of malicious code activity.

7. "Personal Data Compromise" means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publicationinvolves "personally identifying information", suchloss, theft, accidental release or accidental publicationmustresult in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

a. At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in the direct care, custody or control of:

   1) You; or

   2) A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

b. "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, subject to the following provisions:

   1) The failure to use appropriate safeguards must be accidental and not reckless or deliberate; and

   2) Such disposal or abandonment must take place during the time period for which this Data Compromise Coverage endorsement is effective.

c. "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

d. All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

8. "Personally Identifying Information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an "affected individual". This includes, but is not limited to, Social Security numbers or account numbers.

"Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

9. "Personally Sensitive Information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

"Personally sensitive information" does not mean or include "personally identifying information".

All other provisions of this policy apply.

---

AMGUARD_000236