**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLORADO**

Civil Action No. 2020-cv-01194-DDD-NRN

HAMKIM, INC. D/B/A VISTA INN,

        Plaintiff,

v.

AMGUARD INSURANCE COMPANY,

        Defendant.

---

**DEFENDANT AMGUARD INSURANCE COMPANY'S
PROPOSED TRIAL WITNESS LIST**

---

Defendant AmGuard Insurance Company, by and through counsel, hereby submits its Proposed Trial Witness List pursuant to Fed. R. Civ. P. 26(a)(3)(A) and the Court's Trial Preparation Order [*ECF No. 43*], as follows:

| WITNESS: | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Representative of Defendant AmGuard | 2.0 hours, Wednesday/Thursday |
| Jeffrey Taylor | 2.0 hours, Wednesday/Thursday |
| Matthew Sitzmann, PE | 2.5 hours, Wednesday/Thursday |
| William Badini | 1 hour, Wednesday/Thursday |

| WITNESSES: | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Bruce Mardick | .5 hour, Wednesday/Thursday |
| David Werber | 1.5 hours, Thursday/Friday |
| Chris Crosier | 1.5 hours, Thursday/Friday |
| Brian Gray | 0.5 hour, Thursday/Friday |
| Kwam Long Yi | 0.5 hour, Thursday/Friday |

Any witness necessary for rebuttal or impeachment.

Any witness disclosed by Plaintiff.

DATED: April 5, 2023

Respectfully submitted,

By: /s/ *Laura J. Ellenberger*
Laura J. Ellenberger, #43931
Jason D. Melichar, #31114
Ryan A. Williams, #34545
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 1700
Denver, CO 80202
(303) 572-5300
(303) 573-5301 (fax)
Laura.Ellenberger@wilsonelser.com
Jason.Melichar@wilsonelser.com
Ryan.Williams@wilsonelser.com
*Attorneys for Defendant AmGuard Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2023, a true and correct copy of the foregoing **DEFENDANT AMGUARD INSURANCE COMPANY'S TRIAL WITNESS LIST** was served to the following via email:

| | |
|---|---|
| Michael Y. Kim, #53637 | Preston J. Dugas, III |
| The Michael Kim Law Firm, PLLC | PJD Law Firm PLLC |
| 7700 E. Arapahoe Road, Suite 255 | 1701 River Run, Suite 703 |
| Centennial, CO 80112 | Fort Worth, TX 76107 |
| mkim@mkimlegal.com | preston@pjdlawfirm.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

/s/ *Laura J. Ellenberger*
Laura J. Ellenberger