IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Daniel D. Domenico

Case No. 1:20-cv-01194-DDD-MDB                    Date: April 5, 2023

Case Title: HAMKIM, INC., d/b/a/ VISTA INN v. AMGUARD INSURANCE COMPANY, a/k/a BERKSHIRE HATHAWAY INSURANCE COMPANIES, a/k/a BERKSHIRE HATHWAY INC.

Plaintiff, HAMKIM, INC., d/b/a/ VISTA INN's PROPOSED WITNESS LIST

| WITNESS | ESTIMATED LENGTH OF TESTIMONY |
|---|---|
| Plaintiff's Corporate Representative | 1:00 hour |
| Tom Irmiter (Plaintiff's Expert Witness) | 2 hours |
| Jeff Taylor | 1 hour |
| Defendant's Corporate Representative | 1:30 hour |
| Insurance Adjusters Group LLC Corporate Representative (William Cox/Bill Watterud) | 1:30 hours |
| Excel Construction Group (Felix Salinas/Scott Dupre) | 1:30 hour |

Plaintiff reserves the right to call any witness in its case-in-chief listed by Defendant in its witness list.

Respectfully Submitted,

/s/Preston J. Dugas III
Preston J. Dugas III, #24050189
pdugas@dcclawfirm.com
**PRESTON DUGAS LAW FIRM, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:    (817) 945-3061
Facsimile:    (682) 219-0761

-and-

Michael Y. Kim, #53637
mkim@mkimlegal.com
**THE MICHAEL KIM LAW FIRM, PLLC**
1001 Bannock Street, Suite 126
Denver, Colorado 80204
Telephone:    (303) 569-8288
Facsimile:    (214) 357-7531

**ATTORNEYS FOR PLAINTIFF**
**HAMKIM INC., D/B/A VISTA INN**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April 2023, I electronically served the foregoing document via email to the following e-mail addresses:

Jason D. Melichar, #31114
Laura J. Ellenberger, #43931

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
1225 17th Street, Suite 1700
Denver, Colorado 80202
(303) 572-5300
(303) 573-5301 Facsimile
Jason.Melichar@wilsonelser.com
Laura.Ellenberger@wilsonelser.com

**ATTORNEYS FOR DEFENDANT**

/s/ *Preston J. Dugas III*
Preston J. Dugas III